# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv307
## 3:04CR58
## 3:04CR59

| | |
|---|---|
| SAMUEL PAUL CROOK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon Respondent's "Motion for Extension of Time," [Doc. 3], filed September 3, 2008.

Respondent requests an extension of time up to and including September 17, 2008, in which to respond to Petitioner's "Motion to Vacate, Set Aside, or Correct Sentence," [Doc. 1], filed June 30, 2008. For good cause shown, the Court will grant Respondent's motion.

**THEREFORE, IT IS HEREBY ORDERED** that Respondent's Motion for an Extension of Time is **GRANTED** and Respondent has up to and including

September 17, 2008, in which to respond to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence.

Signed: September 8, 2008

Martin Reidinger
United States District Judge