UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv307
(3:04cr58)
(3:04cr59)

| | |
|---|---|
| SAMUEL PAUL CROOK, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Respondent. )<br>_____) | **O R D E R** |

**THIS MATTER** is before this Court after receiving in chambers a letter from Petitioner, a copy of which is attached to this Order.

In order for the Court to act upon a matter the parties must file motions and other court documents with the Clerk. The Court cannot act upon letters that are mailed to chambers, whether *ex parte* or with notice.

Since Petitioner has chosen to attempt to correspond with the Court by mailing a letter to chambers, and such letter does not reflect notice thereof to the Respondent or to Petitioner's counsel, the Clerk will be directed to return the letter to Petitioner. Petitioner is not to have direct contact with the Judge's

1

Chambers.

**IT IS THEREFORE ORDERED** that any further action that the Petitioner seeks to take before this Court shall be by written motion, petition or other filing submitted to the Clerk of this Court, to be filed in the ordinary course.

**IT IS FURTHER ORDERED** that the Petitioner shall not attempt to correspond with the Court through Judge's Chambers.

**IT IS FURTHER ORDERED** that the Clerk shall return to the Petitioner the original of the letter, a copy of which is attached hereto, and send it along with a copy of this Order. **SO ORDERED.**

Signed: September 26, 2008

Martin Reidinger
United States District Judge