# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Samuel Paul Crook,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                               3:08cv307

USA,

       Respondent.

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/14/2008 Order.

                                                   Signed: November 14, 2008

                                                   Frank G. Johns, Clerk
                                                   United States District Court